AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Northern District of Texas

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

OCT 2 8 2019

CLERK, U.S. DISTRICT COURT
By
Deputy

| United States of America | ) | |
| v. | ) | Case No. |
| DEMETRIC DARTEL LEWIS | ) | 2:19-MJ-209 |
| | ) | |
| | ) | |
| | ) | |

Defendant(s)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____October 25, 2019,_____ in the county of _____Potter_____ in the

_____Northern_____ District of _____Texas_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Sections 922(g)(1) and 924(a)(2). | Convicted Felon in Possession of a Firearm |

This criminal complaint is based on these facts:

see attached affidavit in support of complaint.

☑ Continued on the attached sheet.

_____
Complainant's signature

Raymie J. Turner, ATF SA
_____
Printed name and title

Sworn to before me and signed in my presence.

Date: _____10/28/2019_____

_____
Judge's signature

City and state: _____Amarillo, Texas_____

Lee Ann Reno, U.S. Magistrate Judge
_____
Printed name and title

2:19-MJ-209

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Raymie J. Turner, affiant herein, being duly sworn, state that I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), assigned to the Dallas Field Division, Amarillo Satellite Office. I have been employed with the ATF since January 2017. I successfully completed the Criminal Investigator Basic Training Program (CITP) at the Federal Law Enforcement Training Center (FLETC) and the Special Agent Basic Training Program (SABT) at the ATF National Academy in Glynco, Georgia. I have earned a Bachelor of Science degree in Criminal Justice from Sam Houston State University in Huntsville, Texas.

As a result of my training, education, and experience, I am familiar with federal laws, including Title 18, United States Code, Section 922(g)(1), which makes it unlawful for any person who has knowingly been convicted in any court of a crime punishable by imprisonment for a term exceeding one year to ship or transport in interstate commerce, or possess in or affecting commerce, any firearm or ammunition, or to receive any firearm or ammunition which has been shipped or transported in interstate or foreign commerce.

The information contained in this affidavit is based on my personal knowledge and information provided to me by other law enforcement officers and is provided for the limited purpose of demonstrating probable cause to support the issuance of a criminal complaint. This affidavit, therefore, does not summarize all the facts known to me or other law enforcement agents and officers at this time. On October 25, 2019, law

1

enforcement observed a vehicle fail to come to a complete stop at a stop sign at the

intersection of SW 4th Avenue and South Lamar Street, Amarillo, Texas 79106; therefore,

law enforcement initiated their emergency lights and conducted a traffic stop at the

intersection of SW 4th Avenue and South Bryan Street, Amarillo, Texas, 79106.

Demetric Dartel Lewis was the driver and sole occupant of the vehicle. Law enforcement

could smell the odor of marijuana emitting from the vehicle. Law enforcement requested

consent to search the vehicle, and Lewis gave law enforcement consent to search.  Law

enforcement located the following:

- Taurus, Model 605, .357 Magnum caliber revolver bearing serial number LX20635, loaded with five rounds of ammunition in the cylinder (Located between the driver's seat and center console)

- 6.48 gross grams of suspected cocaine (Located in a bag on the back right passenger's seat)

- .42 gross grams of suspected marijuana (Located in a bag on the back right passenger's seat)

- Scale (Located in a jacket pocket on the front right passenger's seat)

- 7 baggies (Located in Lewis' back right pocket)

Law enforcement located a non-governmental identification card containing

Lewis' first name and photo inside the bag on the back right passenger seat as well.

Lewis invoked his right to an attorney when law enforcement attempted to

interview him. Lewis was transported and booked in to the Randall County Detention

Center. During booking, Lewis made the unsolicited statement that he was going to be

honest. Lewis stated he had the firearm, because there were people after him.

On December 26, 2019 at approximately 18:30 hours, Lewis called someone from the Randall County Detention Center. During that phone conversation, Lewis made the following statements in relation to his arrest:

- "I got caught with a pistol."

- "I got priors." Lewis then proceeded to explain how the federal system is based on a point system.

- "I got caught with a gun. Whatever. I had a little something else on me that was sketchy…"

A verbal nexus was conducted on the aforementioned firearm and it was determined that the firearm was manufactured outside the state of Texas; therefore, the firearm traveled in or affected interstate commerce. Lewis is a previously convicted felon and knew of his felony conviction; therefore, he is prohibited from possessing firearms and ammunition.

[Remainder of page intentionally left blank.]

Based on my training, education, and experience, and the information provided to me, there is probable cause that Demetric Dartrel Lewis violated Title 18, United States Code, Section 922(g)(1), which makes it unlawful for any person who has knowingly been convicted in any court of a crime punishable by imprisonment for a term exceeding one year to ship or transport in interstate commerce, or possess in or affecting commerce, any firearm or ammunition, or to receive any firearm or ammunition which has been shipped or transported in interstate or foreign commerce.

Special Agent Raymie J. Turner
Bureau of Alcohol, Tobacco, Firearms,
and Explosives

Subscribed and sworn to before me this 28th day of October 2019.

Lee Ann Reno
UNITED STATES MAGISTRATE JUDGE

Sean J. Taylor
Assistant United States Attorney

4